UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 1:12-00011
) JUDGE CAMPBELL
KRISTIAN CHANCELOR MATHIS )

ORDER

Pending before the Court is Defendant's Motion to Extend Report Date for Service of Sentence (Docket No. 48). The Motion asks the Court to extend the Defendant's date to report for service of his sentence from September 23, 2013 to January 1, 2014. The Government has filed a Response in Opposition (Docket No. 49). The Motion is GRANTED in part and DENIED in part as follows:

Defendant Mathis shall surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on November 1, 2013. The report date is extended in light of mental health issues presented at sentencing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE